# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

KRISTI SPEAKS,              )
                                 )
     Plaintiff,           )
                                 )
v.                              ) Case No. CIV-16-1299-M
                                 )
NANCY A. BERRYHILL, Acting   )
Commissioner of Social Security   )
Administration,            )
                                 )
     Defendant.        )

## <u>ORDER</u>

On December 29, 2017, United Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought by the Plaintiff who appealed the denial of her claim for disability insurance benefits under Title II of the Social Security Act. The Magistrate Judge recommended that the decision of the Commissioner be affirmed.

Plaintiff was advised of her right to object to the Report and Recommendation. A review of the file reveals no objection has been filed.

Accordingly, upon *de novo* review, the Court:

(1)    ADOPTS the Report and Recommendation [Docket no. 20] issued by the Magistrate Judge on December 29, 2017; and

(2)     AFFIRMS the Commissioner's decision.

**IT IS SO ORDERED this 7th day of February, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE